# UNITED STATES DISTRICT COURT
for the

_____ District of Minnesota_____

United States of America
v.
Oscar Servando Gonzales Aispuro

Case No: 06-CR-0184(3) (PJS/SRN)
USM No: 12965-041

Date of Original Judgment: 3/27/07
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

N/A (pro se)
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  X  the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

  X  DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   3/27/07   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   8/4/15                                s/Patrick J. Schiltz
                                                              *Judge's signature*

Effective Date: _____                PATRICK J. SCHILTZ, United States District Judge
*(if different from order date)*                              *Printed name and title*